DANIEL G. BOGDEN
United States Attorney
District of Nevada

CAROLYN B. CHEN, C.S.B.N. 256628
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8956
Facsimile: (415) 744-0134
Carolyn.Chen@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL DEARMAN, | ) |
| Plaintiff, | ) Case No. 2:15-cv-01447-GMN-PAL |
| v. | ) **STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER AND SERVE COPY OF THE CERTIFIED ADMINISTRATIVE RECORD** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to file her answer and a serve a complete copy of the certified administrative record of the administrative proceedings, to be continued from February 12, 2016, to March 13, 2016.

This is the first continuance sought by Defendant. Defendant's counsel requests the continuance due to the fact that the Social Security Administration's records component receives an extensive volume of requests for records nationally, and Defendant requires the additional time requested to properly compile and produce the certified administrative record to be utilized by all parties in this suit.

1    Therefore, with this Court's approval, the Court's scheduling order shall be extended by 30 days,
2 so that Defendant may serve a copy of the certified administrative record and file her answer on or
3 before March 13, 2016.

4
                                                Respectfully submitted,
5
Dated: February 12, 2016                        Law Offices of Rohlfing & Kalagian, LLP
6
                                                */s/ Marc Kalagian*
7                                                 (as authorized via e-mail on 2/11/2016)
                                                  Marc Kalagian
8                                                 Attorneys for Plaintiff
9
10
11
12   Dated: February 12, 2016                    DANIEL G. BOGDEN
                                                 United States Attorney
13
                                                 */s/ Carolyn B. Chen*
14                                               CAROLYN B. CHEN
                                                 Special Assistant United States Attorney
15
16
17   ORDER

18   PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
19
     DATED: February 22, 2016                    _____
20
                                                 HON. PEGGY A. LEEN
21                                               UNITED STATE MAGISTRATE JUDGE
22
23
24
25
26

-2-

## CERTIFICATE OF SERVICE

I, **Carolyn B. Chen,** certify that the following individual was served with a copy of the **STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER AND SERVE COPY OF THE CERTIFIED ADMINISTRATIVE RECORD** on the date and via the method of service identified below:

**CM/ECF:**

**Marc V. Kalagian**
**Law Offices of Rohlfing & Kalagian, LLP**
**211 East Ocean Boulevard, Suite 420**
**Long Beach, CA 90802**
**rohlfing.kalagian@rksslaw.com**

Dated this 12th day of February 2016.

                                    */s/ Carolyn B. Chen*
                                    **CAROLYN B. CHEN**
                                    Special Assistant United States Attorney